**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

THOMAS CALVIN WANSLEY                                        PLAINTIFF

vs.                                        CIVIL ACTION NO. 3:13-CV-517 HTW-LRA

MARSHALL L. FISHER,
COMMISSIONER OF THE
MISSISSIPPI DEPARTMENT
OF CORRECTIONS                                             DEFENDANT


## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge [docket no. 14] is hereby adopted as the order of this court and the court hereby dismisses the plaintiff's complaint with prejudice.

**SO ORDERED AND ADJUDGED, this the 13th day of April, 2015.**

                                             s/ HENRY T. WINGATE
                                             UNITED STATES DISTRICT JUDGE